UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GRANT-BLANDING,

                      Petitioner,

     -against-

SUPT. MILLER, GREEN HAVEN C.F.,

                      Respondent.

22-CV-2293 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 16, 2022, denying the petition,

    IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 16, 2022
           New York, New York

                                         /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                  Chief United States District Judge